UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

LUC BURBON,

                        Plaintiff,                            *Civil Action No.*

    -against-                                   **1:21-cv-00119-NGG-VMS**

IDEAL INDUSTRIES, INC.,

                        Defendants.

---------------------------------------------------------X

## NOTICE OF SETTLEMENT

      PLEASE TAKE NOTICE that Plaintiff, LUC BURBON, and Defendant IDEAL INDUSTRIES, INC. hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

      Dated: February 8, 2021

                                                              By:_____
                                                                Bradly G. Marks
                                                                 The Marks Law Firm, PC
                                                                175 Varick Street, 3rd Fl
                                                                New York, NY 10014
                                                                T:(646) 770-3775