UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
LUC BURBON,

                         Plaintiff,                       **NOTICE OF VOLUNTARY**
-against-                                **DISMISSAL PURSUANT TO**
                                                               **F.R.C.P. 41(a)(1)(A)(i)**

IDEAL INDUSTRIES, INC.,                            Case No.: 1:21-cv-00119-NGG-VMS

                            Defendants.
-------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PUSUANT TO F.R.P. 41(a)(1)(A)(i)

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Luc Burbon by his counsel, hereby gives notice that the above- captioned action is voluntarily dismissed, with prejudice against the Defendant Ideal Industries, Inc.

Dated:  New York, New York
             March 15, 2021

                                                THE MARKS LAW FIRM, PC

                                      By:_____
                                          Bradly G. Marks
                                          Attorney for Plaintiff
                                        175 Varick Street, 3rd Fl
                                        New York, NY 10014
                                        T:(646) 770-3775
                                        F: (646) 770- 2639
                                        Brad@markslawfirm.net

                                        SO-ORDERED.
                                        /s/ Nicholas G. Garaufis, U.S.D.J.
                                        Hon. Nicholas G. Garaufis
                                        Date: March 16, 2021