**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LUC BURBON AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

v.

IDEAL INDUSTRIES, INC.,

        Defendant.

Case No. 1:20-cv-00119-NGG-VMS

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Luc Burbon ("Plaintiff") and Defendant Ideal Industries, Inc. ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
      March 23, 2021

**SEYFARTH SHAW LLP**

By: _____
Samuel Sverdlov
620 8th Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5547
*Attorneys for Defendant*
*Ideal Industries, Inc.*

**THE MARKS LAW FIRM, P.C.**

By: _____
Bradly G. Marks, Esq.
175 Varick Street, Third Floor
New York, NY 10014
Telephone: (646) 770-3775
*Attorneys for Plaintiff*
*Luc Burbon*

**SO ORDERED.**

/s/ Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** March 29, 2021

67995187v.1